UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KAHAKU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>N. CHAMBERLAIN, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-2395 DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. Plaintiff has consented to the jurisdiction of a magistrate judge. In a filing dated June 21, 2017, plaintiff consented to dismissal of defendants Earley, Cagle, Goodman, Serna, Thomas, White, Meza, and Does 1-20 from this case.

Good cause appearing, IT IS HEREBY ORDERED that defendants Earley, Cagle, Goodman, Serna, Thomas, White, Meza, and Does 1-20 are dismissed from this action without prejudice. See Fed. R. Civ. P. 41(a).

DATED: June 23, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/kaha2395.dism

1