IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL KAHAKU,** | Case No. 2:16-cv-02395-DB |
| Plaintiff, | **ORDER** |
| v. | |
| **N. CHAMBERLAIN, et al.,** | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. Plaintiff alleges defendants retaliated against him by falsifying documents that resulted in the loss of his prison job. Before the court are two motions. First, plaintiff requests the court refer this case for a formal settlement conference. (ECF No. 24.) Second, defendants seek a continuance of the deadline to respond to plaintiff's discovery requests. (ECF No. 25.)

Plaintiff simply states in his motion that he would like the court to schedule a settlement conference. (ECF No. 24.) According to the declaration of defendants' counsel Byron Miller, which is attached to defendants' motion for an extension of time, the parties are currently engaged in informal settlement discussions. (ECF No. 25-2.) If the parties both feel a formal settlement conference would be helpful, they shall inform the court and the court will schedule

one. Therefore, at this time, the court does not find a formal settlement conference is warranted. Plaintiff's motion will be denied without prejudice.

Good cause appearing, defendants Chamberlain, Serva, and Stewart's unopposed request (ECF No. 25) for the court to extend the deadline for them to respond to plaintiff's discovery, the deadline for the parties to conduct discovery, and the deadline for the parties to file pretrial motions is GRANTED.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for a settlement conference (ECF No. 24) is denied without prejudice.
2. Defendants' motion for an extension of time (ECF No. 25) is granted as follows:
   a. Defendants shall have an additional sixty days to respond to plaintiff's interrogatories, requests for productions of documents, and requests for admissions, served by plaintiff on October 16, 2017;
   b. The deadline for conducting discovery in this case is extended from February 2, 2018, to April 3, 2018;
   c. The deadline to file all pretrial motions, except motions to compel discovery, is extended from April 27, 2018, to June 26, 2018; and
   d. All other provisions contained in the court's October 12, 2017 Discovery and Scheduling Order (ECF No. 22) shall remain in effect.

Dated: November 27, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/orders/prisoner-civil rights/kaha2395.DSO eot